UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-SENTENCING

LEXINGTON    Case No. 14-cr-120-JMH-1    At LEXINGTON    Date: November 24, 2014

U.S.A. vs Lee County Building Supply, Inc.    X present    __ custody    __ bond    X OR    ___ AGE

---

DOCKET ENTRY:
      Lee County Building Supply, Inc., by corporate representative, appeared for the filing of an information and arraignment on November 24, 2014.  By agreement of the parties, sentencing was conducted immediately after the arraignment. Proceedings held as noted.  The corporate defendant waived the preparation of the Presentence Report. Pursuant to the Court's acceptance of the plea agreement and sealed supplement, the United States moved to dismiss the forfeiture allegation in the Information and the Court granted the motion. The parties had no objections to the sentence as stated.
      This 24th day of November, 2014.

---

PRESENT:

HON. JOSEPH M. HOOD, SENIOR U.S. DISTRICT JUDGE

Signed By:
*Joseph M. Hood*
Senior U.S. District Judge

Genia Denisio        Ann Banta
Deputy Clerk         Court Reporter

AUSA Kathryn M. Anderson
Assistant U.S. Attorney

Kevin M. Tierney        X present    X retained    __ appointed
Counsel for defendant


PROCEEDINGS:        **SENTENCING**


__    Objections to Presentence Report.

__    No objections to Presentence Report.

__    The Court Reporter shall transcribe the proceedings of the hearing on the objections to the Presentence Report and file it in the record.

X    Transcript shall be deemed as written findings of the Court.

X    Judgment shall be entered.  (See Judgment & Commitment.)

__    Defendant to remain on conditions of release.

__    Defendant remanded to custody.

TIC:  5 minutes

Initials of Deputy Clerk gld